CENTRAL GREYHOUND LINES, INC., OF NEW YORK, Appellant, *v.* CARROLL E. MEALEY et al., Constituting the State Tax Commission, Respondents.

Submitted October 7, 1946; decided October 15, 1946.

This court held that the aforesaid statute as so construed is not repugnant to that provision of the Federal Constitution." [See 296 N. Y. 18.]